## 8794. BOYD *v.* THE STATE.

WADE, C. J. The verdict in this case has been approved by the present able trial judge who passed upon the motion for a new trial, based upon the general grounds alone. Upon a careful review of the record it appears that the inference of the defendant's guilt is legally deducible from the circumstances in proof, and therefore this court is without authority to set aside the finding of the jury.

*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED JUNE 13, 1917.

Conviction of larceny from house; from Chatham superior court —Judge Meldrim. April 2, 1917.

*Oliver & Oliver,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.